| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

SETH MARTIN, §
§
      Plaintiff, §
§
versus §    CIVIL ACTION NO. 9:21-CV-24
§
HEATHER GLOVER, *et al.*, §
§
      Defendants. §

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Seth Martin, an inmate formerly confined at the Lewis Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, brought this lawsuit pursuant to 42 U.S.C. § 1983. The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends granting the defendants' motion for summary judgment and dismissing plaintiff's claims against defendants Heather Glover and Bob Castleberry. To date, the parties have not filed objections to the report.

The court received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge is **ADOPTED**. It is

**ORDERED** that the defendants' motion for summary judgment (#28) is **GRANTED** and Plaintiff's claims against defendants Heather Glover and Bob Castleberry are **DISMISSED**.

SIGNED at Beaumont, Texas, this 11th day of September, 2023.

                                                  MARCIA A. CRONE
                                      UNITED STATES DISTRICT JUDGE